UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60005-CIV-ALTONAGA/Seltzer

**KAREN SHREVE**,

    Plaintiff,
v.

**CENTURA HOMEOWNERS ASSOCIATION, INC.**,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

THIS CAUSE came before the Court upon the Defendant's Notice of Settlement [ECF No. 23], filed on March 5, 2018. The Court having carefully reviewed the file, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that the above styled action is administratively **CLOSED** without prejudice to the parties to comply with the Order Requiring Submission of Settlement Agreement for Court Approval, entered separately on this date. The settlement conference scheduled for March 7, 2018 is cancelled, and any pending motions are denied as moot.

**DONE AND ORDERED** in Miami, Florida, this 5th day of March, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record